## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _17 mj 2758-Simonton_

UNITED STATES OF AMERICA

vs.

MERICE PEREZ COLON,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: _____

JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501893
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9074
FAX (305) 530-7976

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *17mj 2758-Simonton* |
| MERICE PEREZ COLON, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 8-11, 2017_____ in the county of _____Miami-Dade_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of illicit sexual activity. |
| 18 U.S.C. § 2251(a) | Production of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____Amber Meurs, HHS-OIG Special Agent_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___5/25/17___

_____
*Judge's signature*

City and state: _____Miami, Florida_____

_____Andrea M. Simonton, U.S. Magistrate Judge_____
*Printed name and title*

## AFFIDAVIT

I, Amber Meurs, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.       I am employed as a Special Agent (SA) at the United States Department of Health and Human Services, Office of Inspector General (OIG), Office of Investigations (OI), and have been so employed for over five years.  I currently investigate crimes such as health care fraud, grant fraud, and crimes committed by contracted employees of programs funded by the Department, including in this case, through the Administration for Children and Families (ACF), Office of Refugee Resettlement (ORR).   Prior to my employment with OIG, I was employed as a program analyst with the OIG's Office of Evaluation and Inspections for over five years.  In this capacity, I conducted national studies that evaluated the administration of programs funded through the Department, including ACF.  I have completed the Criminal Investigator Training Program and Grant Fraud Training Program at the Federal Law Enforcement Training Center regarding the proper investigative techniques relating to violations of federal laws, including the application and execution of search, arrest, and seizure warrants.   I have also completed OIG's Special Agent Training Program. My experience as a federal law enforcement agent has included execution of search warrants.  My experience also includes investigations where targets use social and electronic media to facilitate the commission of their crimes.  I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.

2.       I am submitting this affidavit for the limited purpose of establishing probable cause in support of the attached criminal complaint charging MERICE PEREZ COLON with attempted

coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b), and production of child pornography, in violation of Title 18, United States Code, Section 2251(a). I base the facts in this affidavit upon my personal knowledge, as well as information obtained from interviews conducted by law enforcement, and records, documents and other evidence gathered pursuant to lawful legal process. Because this affidavit is submitted solely in order to establish probable cause in support of the attached complaint, this affidavit does not include every fact or detail known to me or to other law enforcement officers about the investigation.

## PROBABLE CAUSE

3.      This is a joint investigation involving the United States Department of Health and Human Services, Office of Inspector General (OIG), Office of Investigations (OI), whose investigative purview includes crimes committed by contracted employees of programs funded by the Department, including in this case, through the Administration for Children and Families, Office of Refugee Resettlement (ORR) and Homeland Security Investigations (HSI).

4.      MERICE MAUREN PEREZ COLON (referred to hereinafter as "COLON") used a Facebook account associated with the Universal Resource Locator (URL): www.facebook.com/merice.perez1 (referred to herein as "COLON's Facebook Account"), to communicate with Minor A.[1]  Minor A's date of birth is in September of 2000.   COLON's communications with Minor A via Facebook included the transmission of sexually explicit images of herself to Minor A and the demand to Minor A that he produce sexually explicit videos.

---

[1] A profile picture from COLON's Facebook Account clearly depicts her and a pool and yard in the background of a "selfie" picture she appears to take herself.  Your affiant reviewed photographs on the real estate website Zillow which shows the address associated with her Driver's License, and this also matches what is depicted in the profile picture. In addition, COLON's personnel file employment paperwork from her job as a youth care worker, discussed below, included her listed email address as: merice1982@gmail.com. On November 1, 2016, law enforcement obtained a federal search warrant issued by United States Magistrate Judge Barry Garber for COLON's Facebook Account, and this was the email address registered to the account.

COLON also attempted to persuade, entice, and induce Minor A to travel to the State of Florida to engage in sexual activity with her while Minor A was living in South Carolina.

5.      On July 31, 2016, Minor A was admitted to an emergency influx shelter funded by ORR located in Homestead, Florida. COLON was a youth care worker at the shelter in Homestead. COLON's employment paperwork from this position included reference that the email address associated with COLON's Facebook Account

6.      On September 16, 2016, Minor A was transferred to another shelter funded by ORR called Boys Town, which was located in Cutler Bay, Florida. Your affiant is not aware of any affiliation between COLON and Boys Town.

7.      On October 4, 2016, Minor A was released by ORR to the custody of Relative 1, who resides in Aiken, South Carolina. On October 6, 2016, Minor A traveled from Florida to South Carolina and was reunified with Relative 1.

8.      Sometime thereafter, Relative 1 discovered sexually explicit exchanges on Facebook between COLON and Minor A, and reported this to a social worker at the shelter in Homestead and to a case worker at the Boys Town shelter in Cutler Bay. Relative 1 took photos of messages between COLON and Minor A, including sexually explicit photos sent from COLON to Minor A and sent them to the case worker. Relative 1 told the case worker that there were additional text message exchanges containing sexually explicit content, videos and photos between COLON and Minor A.

9.      Upon information and belief, COLON was removed from her position as a youth care worker and informed the basis for her termination was the allegations of misconduct involving Minor A. COLON's personnel file indicates that COLON's employment was terminated on October 11, 2016.

3

10.     Law enforcement spoke with Relative 1, who stated that COLON and Minor A had exchanged multiple sexually explicit communications that included picture and video images. Relative 1 also stated the explicit messages he/she described to law enforcement were exchanged through Facebook.

11.     Law enforcement obtained from Boys Town a cell phone that received and contained text messages in which Relative 1 sent screenshots of Minor A's Facebook account. Law enforcement observed approximately eight sexually graphic images of a woman that were sent to the victim. These images included a close-up depiction of woman's genitalia. Located to the left of approximately four of the images was a smaller round image that matched a picture observed by law enforcement as COLON's Facebook profile image. Additionally, some of the sexually graphic photographs provided clear facial identification that was readily identifiable as COLON, as compared to images obtained through law enforcement database checks and indices. Law enforcement also read the text of messages exchanged between COLON and Minor A. The nature of these text messages were sexually explicit and detailed, including COLON repeatedly asking Minor A to record and send a video of Minor A masturbating and ejaculating. A separate message directs Minor A to travel to Miami in order to have sexual intercourse with COLON.

12.     Upon review of the account belonging to COLON obtained pursuant to the search warrant, the account displayed "0 posts, 0 private messages, 1 friend [not Minor A]." Upon review of the account belonging to Minor A obtained pursuant to the search warrant, the account contained "272 private messages" exchanged with COLON's account. There were also numerous content deleted messages within the 272 private messages recovered from Minor A's account. A number of messages between the two were recovered, and were dated between October 8, 2016 and October 11, 2016. In addition, there were sexually explicit images and videos depicting COLON that Minor A forwarded to another Facebook friend that were also recovered.

4

13.     The following exchange, which was translated from Spanish, occurred between

COLON and Minor A, on or about October 10, 2016:

COLON:          Where did you find that video
                Send me a picture of your penis
                Please
                With your stupidity I am heating myself up

Minor A:        Oh yummy love

COLON:          Not yummy I need a picture of your penis

Minor A:        Calm down love

COLON:          You have to come to Miami to have sex with me and scream when I have it
                inserted and see your milk on top of my breasts
                Get it up well and I would like that you masturbate and you take the photo
                after with all the milk
                You know I am sick for the penises if it were up to me I'd have many and I
                would insert them all

Minor A:        Oh love you are aggressive I like that

COLON:          Could you do something for me
                I want a video of you masturbating
                Since I already sent you several of mine
                I'm so hot that I would insert your penis and the dildo at the same time
                I want a video please I am very hot

Minor A:        Calm down love

COLON:          No it's that I'm hot very hot
                No don't demand from me send me yours or I won't send you anymore

14.     Minor A was asked about this exchange and verified that it took place with COLON

using Facebook.  Minor A admitted that he deleted some of the content of the communications

from his Facebook account but that he also sent the images and videos COLON sent him to a

friend.  Minor A stated that he sent videos of himself masturbating to COLON via Facebook, and

that he then deleted those videos from his Facebook account.

15.     Minor A stated that COLON reached out to him on Facebook in late-December

2016 and used the voice call application offered by Facebook to speak with him.  COLON called

him numerous times and when he spoke with her, COLON expressed anger with him for ruining her life by telling on her, which led to her getting fired.

16.     On May 25, 2017, COLON agreed to be interviewed post-*Miranda*.  The interview was audio/video recorded, and during the interview, COLON admitted that she was a youth care worker who sexually exploited children who she met at the facility where she worked.  COLON admitted engaging in online relationships with three children who she knew were under the age of 18.  COLON stated she believed Minor A was 17 years old [at the time Minor A was at the shelter with COLON, he was 15 years old].  COLON admitted sending nude videos and images of herself, including such videos while masturbating, to the children.  COLON admitted requesting and receiving a video of Minor A masturbating.  COLON admitted that she asked Minor A to visit her in Miami to have sexual intercourse.

### Conclusion

17.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that, from on or about October 8, 2016 through on or about October 11, 2016, MERICE PEREZ COLON attempted to coerce and entice a minor to commit illicit sexual activity, in violation of Title 18, United States Code, Section 2422(b), and did produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

Amber Meurs, Special Agent
US Department of Health and Human Services
Office of Inspector General, Office of Investigations

Subscribed and sworn to before me
on 25 day of May, 2017.

HON. ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

6